IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02368-WYD-MJW

JEFFREY URBANIC, an individual,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY, a Delaware corporation.

    Defendant.

---

**ORDER GRANTING THE PARTIES' STIPULATED MOTION
TO VACATE THE DECEMBER 22, 2010 SCHEDULING/PLANNING CONFERENCE** (ON /5)

---

THE COURT, having reviewed the Parties' Stipulated Motion for vacating the December 22, 2010 Scheduling Conference, and the Court being fully advised in the matter;

THE COURT FINDS THAT:

1. The Parties' Stipulated Motion to Vacate the December 22, 2010 Scheduling Conference is GRANTED. *The December 22, 2010 Scheduling Conference is VACATED.*

2. The Scheduling Conference will be rescheduled subsequent to the Court's ruling on Defendant's Motion to Dismiss and Compel Arbitration [Doc. No. 12].

BY THE COURT:    December 14, 2010

*[signature]*

United States District Court Magistrate Judge
Michael J. Watanabe

3. *The Parties shall file a written Joint Status Report on the First Day of each month beginning February 1, 2011.*